NUMBER 13-06-242-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________ 


EDINBURG BASEBALL CLUB, L.L.C., Appellant,


v.



THE CITY OF EDINBURG, Appellee.

____________________________________________________ 

On appeal from the 370th District Court


of Hidalgo County, Texas.


__________________________________________________ 


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam


 Appellant, Edinburg Baseball Club, L.L.C., perfected an appeal from a judgment
entered by the 370th District Court of Hidalgo County, Texas, in cause number C-2196-05-C. After the record and briefs were filed, the parties filed a joint motion to dismiss.
In the motion, the parties state that they have fully and finally settled the matters in
dispute between them. The parties request that the Court dismiss the appeal and that
the Court order that each party bear its own respective costs. 

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 13th day of September, 2007.